**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

WALTER ALFREDO FERNANDEZ
PACHECO,

      *Petitioner*,

    v.

JOHN RIFE, *et al.*,

      *Respondents.*

Civil Action No. 26-3198
(Judge Rufe)

## STIPULATION & ORDER

Petitioner is non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on May 11, 2026. (Doc. No. 1).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

Accordingly, it is hereby ORDERED:

The Court will decide the petition on the papers.

Dated:  May 13, 2026

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ Fiona Powell
FIONA POWELL, ESQ.
SOLOW, HARTNETT & GALVAN, LLC
1601 Walnut Street, Suite 1200
Philadelphia, PA 19102
Phone: (267) 609-2299
Email: fiona@shglawpa.com

/s/ Stacey L.B. Smith
STACEY L. B. SMITH
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8348
Email:  stacey.smith@usdoj.gov

*Counsel for Petitioner*

*Counsel for Respondents*

BY THE COURT

Dated: 05/14/26

/s/ Cynthia M. Rufe

CYNTHIA M. RUFE
United States District Court Judge

2